## United States District Court

### Southern District of Alabama
#### Mobile, Alabama 36602

William Brevard Hand
   Senior Judge
   U.S. Courthouse
113 St. Joseph St.

December 9, 2004

RECEIVED
DEC 15 11 15 AM '04
FINANCIAL DISCLOSURE OFFICE

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Attn: Judge Mary M. Lisi, Chair

Ladies and Gentlemen:

        Enclosed is an original and three copies of page 2 of Part VII of my Financial Disclosure Report for the year ended December 31, 2003.

Yours very truly,



W. B. Hand
Senior Judge

WBH/sn

Enclosures
   Original and three copies
      Page 2 of Part VII of
      Financial Disclosure Report 2003

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HAND, WILLIAM BREVARD | Date of Report<br>05/13/2004<br>REVISED 12/09/2004 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type (e.g. div., rent or int.) | (1)<br>Value Code2<br>(J-P) | (2)<br>Value Method Code3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month Day | (3)<br>Value Code2<br>(J-P) | (4)<br>Gain Code1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Greater Mobile Co. Works | A | Int. | J | T | | | | | |
| 2 Money Market Fund - Federated Municipal Cash Series | C | Int. | J | T | | | | | |
| 3 Exxon Corp. | A | Int. | K | T | | | | | |
| 4 Lucent Technology | A | Int. | J | T | | | | | |
| 5 Hartford Mutual Funds Inc. | none | ---- | J | T | | | | | |
| 6 Royal Gold Inc. | A | Div. | J | T | | | | | |
| 7 U. S. Treasury Note | B | Int. | | | Redemption | 8/28 | L | A | |
| 8 FNMA Note | A | Int. | | | Redemption | 5/1 | L | A | |
| 9 U. S. Treasury Note Coupon 2.75 | B | Int. | | | Redemption | 10/31 | L | A | |
| 10 | | | | | | | | | |
| 11 | | | | | - | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1,D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col C1,D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>HAND, WILLIAM BREVARD | 2. Court or Organization<br>U. S. District Court<br>Southern District of Alabama | 3. Date of Report<br>Page 1 of 5<br>05/13/2004 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br>Article III Senior District Judge | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  _X_ Annual  ___ Final | 6. Reporting Period<br><br>01/01/03 to 12/31/03 |
| 7. Chambers or Office Address<br>U. S. Courthouse<br>113 St. Joseph Street<br>Mobile, AL 36602 | 8. On the basis of the information contained in this Report and ny modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1 ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2 ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [XX] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| A. Filer's Non-Investment Income | | |
| [XX] NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |
| 3 | | |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [XX] NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| XX | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| XX | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| XX | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*



| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 ███████ | ████████████ | | | | | | | | |
| 2 ███████ | ████ | | | | ███████████ | | | | |
| 3 ████ | █████████ | | | | | | | | |
| 4 ████ | █████████ | | | | | | | | |
| 5 ███████ | █████████ | | | | | | | | |
| 6 █████████ | ███████ | | | | | | | | |
| 7 █████████ | █████████ | | | | | | | | |
| 8 ██████ | █████████ | | | | | | | | |
| 9 █████████ | ███████ | | | | | | | | |
| 10 █████████ | ████████ | | | | | | | | |
| 11 █████ | █████████ | | | | | | | | |
| 12 █████████ | ███████ | | | | | | | | |
| 13 █████████ | ████████ | | | | | | | | |
| 14 █████████ | ████████ | | | | | | | | |
| 15 █████████ | ███████ | | | | | | | | |
| 16 █████████ | ███████ | | | | | | | | |
| 17 █████████ | ████████ | | | | | | | | |

1  Income/Gain Codes:  A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2  Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
                  P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3  Value Method Codes:  Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAND, WILLIAM BREVARD | 05/13/2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 | ▮▮▮ | | ▮▮▮ | | | | | | |
| 2 | ▮▮▮ | | ▮▮▮ | | | | | | |
| 3 | ▮▮▮ | | ▮▮▮ | | | | | | |
| 4 | ▮▮▮ | | ▮▮▮ | | | | | | |
| 5 | ▮▮▮ | | | | | | | | |
| 6 | ▮▮▮ | | ▮▮▮ | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HAND, WILLIAM BREVARD | 05/13/2004 |

Page 5 of 5

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ____ MAY 13, 2004 ____

W. B. HAND

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544